**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:26-cr-1 |
| REGINALD ANDRE BECKHAM, JR. | |

REGINALD ANDRE BECKHAM, JR.
MICHAEL DEONTAE WELDON
TYBERIOUS JEROME SINGLETON
HERMAN THOMAS RAWLS
RONNIE ALFRED MILLER
BRIAN CRAIG RICHBURG
CALVIN RYDELL GROVNER
MALIK TASHAWN WILLIAMS
DAMIEN TRAVON OWENS
WENDELL MACKEL MORTON
JOHNNY KENNETH MITCHELL
DAVONNIS KE'MON JOHNSON
LEDELL LAMAR ELLIS
JOSHUA WALKER
TYSON JEROME DARDEN, JR.
ADAM BOLDEN
TERMAINE TYRONE BUTLER
DARREL ALBERT CURTIS
GABRIEL WELDON GEIGER
ELIZABETH ANN WILLIS
JACOBY ANTWON THOMAS
AMANDA LEA TROYER
ADARRYLL LAJUANE SMART, JR.
JOSHUA DARNELL GRIFFIN
JOHN THOMAS GUEST
DUNDRA SHARESS MERRELL
HENRY CHARLES BAKER
MICHAEL LETERRANCE BAKER
JESSICA NICOLE BLOUNT
D'ANTHONY MAURICE OWENS
SHANTEQUA MASHANTEICE BECKHAM
RHETT HATTEN WHITE
LADARRYL JEREON WALKER
DEVIN CHRISTOPHER ROBERSON
CHRISTIAN JORDAN STAGGS
KENDALL MAURICE NIXON

LEROY WESLEY CANNON
AUSTIN FARR
ANTONIO RONDELL THOMAS
HANNAH LEE FERRELL
DEVYN DENAE MILLER
JOSEPH SIMMONS
KENDRA MIYOSHA MCCRAE
KAYA ANN MCBRAYER
JADA LASHAY SWINSON
EMILY FARREL LACY
ANTWAN MANGRAM
LOWELL WILLIAM MCGEE
MELISSA BUTLER
JAMARA LEWIS CLARK
REID AUSTIN CUNARD
JUTIN DEBERRY
TIMOTHY GRAHAM WILLS
MATTHEW RHODES
JAMES ANDERSON

Defendants.

## SCHEDULING AND DISCOVERY ORDER

In consideration of the Federal Rules of Criminal Procedure, the Local Criminal Rules, and the discussion at the arraignment on February 5, 2026 and February 6, 2026, February 10, 2026, February 19, 2026, February 25, 2026, and March 5, 2026, the Court enters the following deadlines, findings, and instructions.

| EVENT | DEADLINE |
|---|---|
| Government Notice (Fed. R. Evid. 404(b)) | April 8, 2026 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | April 8, 2026 |
| Telephonic Status Conference | April 14, 2026 |
| Telephonic Status Conference | May 21, 2026 |
| Telephonic Status Conference | July 7, 2026 |
| Pretrial Motions by All Parties | August 4, 2026 |

| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | August 4, 2026 |
|---|---|
| Status Report (No Motions Filed) | August 11, 2026 |
| Responses to Pretrial Motions | September 3, 2026 |
| Status Report (Motions Filed) | September 10, 2026 |

**Status Report.**  The parties shall submit the attached status report on the date set forth above, and failure to do so may result in the Court terminating all outstanding motions as resolved or waived.[1]

**Speedy Trial Findings.**  The Court finds, as a matter of fact and law, the time the parties requested to review discovery, prepare and file pretrial motions, and obtain expert witness reports is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial.  The Court also finds the request is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for counsel to effectively prepare their case in that counsel needs additional time to review discovery, prepare and file pretrial motions, and obtain expert witness reports.  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the extension outweigh the best interests of the public and Defendant in a speedy trial, the Court grants the requested time.  The period of time—February 5, 2026 through and including August 4, 2026—is excluded in computing the time within which trial of this matter may commence.

**Pretrial Motion Instructions.**  A party must file a separate motion for each form of relief sought; consolidated motions are not permitted.  A responding party may file a

---

[1]    The Status Report form can be found on the Court's website at: https://www.gasd.uscourts.gov/criminal-forms

3

consolidated response to multiple motions when doing so does not create confusion or ambiguity.

In multi-defendant cases, a defendant shall not file a motion that merely adopts or incorporates by reference a motion or argument by a co-defendant.  Each defendant must file a separate motion containing a complete discussion of the evidence and arguments.  The Clerk assigns a unique number to each defendant in a multi-defendant case.  For example, in case 4:23-CR-55, the Clerk assigns the number one to the first defendant:  4:23-CR-55-001.  All motions and responses in multi-defendant cases must include the defendant-specific case number.

The Government and defense counsel are reminded of their responsibility under Federal Rule of Criminal Procedure 16.1 and Local Criminal Rule 16.1 to confer regarding discovery.  Considering the Government's customary practice of providing liberal discovery, many (if not all) routine discovery motions may be satisfied without the need for Court intervention.

Additionally, the parties should note that under this schedule pretrial motions will not be ripe for the Court's consideration until September 3, 2026, at the earliest.  Any party may ask for an expedited briefing schedule for a motion that would benefit from an earlier ruling.  Such requests should be made by separate motion and the motion should explain in detail why the response to a specific pretrial motion should be submitted before September 3, 2026.

**Rule 5 Instruction.**  In accordance with Fed. R. Crim P. 5(f)(1), the Court confirms the prosecutor's obligation to produce all exculpatory evidence to the defense in accordance with Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  Failure to timely perform these obligations may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.  Given this confirmation, generalized motions seeking assurance of the Government' s compliance are unnecessary.

**Proposed Voir Dire and Jury Charges.**  Unless otherwise instructed by the presiding District Judge, counsel shall file all requests to charge and proposed voir dire questions at least seven days before jury selection.

**Witness Subpoenas.**  Counsel representing indigent defendants must make requests for witness subpoenas or writs for the production of prisoner witnesses at least fourteen days before the evidentiary hearing or trial.  Requests for witness subpoenas must articulate specific facts demonstrating both the relevancy and necessity of the requested witnesses' testimony.

Due to numerous leave of absences by counselors in this case, the Court asks all attorneys who are not able to join the telephonic status conferences to notify the Court as soon as possible.

**SO ORDERED**, this 5th day of March, 2026.

_____

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA

    v.

                CASE NO.: 2:26-cr-1

       Defendant.

**JOINT STATUS REPORT**

I.       Date of Status Report Conference: _____ Click here to enter a date.

II.      Conference Attendees:

| Name | Role |
|---|---|
|  |  |
|  |  |

III.    Pretrial Motions.

☐      All pretrial motions have been satisfied or otherwise resolved.

☐      The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |
|  | Y/N | Y/N | Y/N |

6

**Complete Remaining Portions Only In Judge Baker Cases**

IV.    Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with the presiding District Judge.  Yes/No

| Dates for Telephonic Conference |
|---|
| Click here to enter a date. |
| Click here to enter a date. |
| Click here to enter a date. |

V.    Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request?  Yes/No

| Additional Time Requested |
|---|
|  |

This the _____ day of _____, 2026.

/s/      _____
                  Assistant United States Attorney

/s/      _____
                  Defense Counsel

7