# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERK'S MINUTES

**CASE NO. 2:26-cr-1-46**                          **DATE:  3/16/2026**

**TITLE: United States of America v. Jada Lashay Swinson**

**HONORABLE BENJAMIN W. CHEESBRO      COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: BWK-CR2          TIME: 2:26-3:29      TOTAL:  1 hr./3 min.**

**ATTORNEY FOR GOVERNMENT: Jennifer Kirkland**

**ATTORNEY FOR DEFENDANT: Jack Downie**

**U.S.P.O.: Taylor Lowe/Fonda Dixon**

**U.S. MARSHAL: Joseph C.**

## BOND VIOLATION HEARING

**Court begins. Court goes over allegations in petition, doc. 480.**
**Government seeks revocation of Defendant's bond.**
**Defendant disputes the violations.**
**Government proffer. 2:29-2:34.**
**Defense argument. 2:34-2:37.**
**Government witness Michael Scott Sapp, Brunswick PD assigned to FBI task force.  Witness sworn. 2:38-2:43.**
**Defense cross. 2:43-2:46.**
**Court addresses counsel. 2:48-2:50.**
**Government argues there are no additional conditions that can be imposed upon Defendant in which she would abide. 2:50-2:52.**
**Defense argument 2:52-2:57.**
**Court recess. 2:58. Court resumes. 3:08.**
**Defense witness Rachel Porter (Defendant's mother). Witness sworn. 3:09-3:11.**
**Government cross. 3:11-3:20.**
**Defense re-direct. 3:20-3:21.**
**Defense argument. 3:22-3:24.**
**Government argument. 3:24-3:25.**
**Court finds Defendant violated her bond.**
**Court revokes Defendant's bond.  Defendant remanded to USMS pending trial. Written Order to follow.**