# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 2:26-CR-001** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **REGINALD ANDRE BECKHAM** | ) | |
| **JR. et al.** | ) | |
| | ) | |

## MOTION FOR PROTECTION DURING CRIMINAL TRIAL

COMES NOW, United States of America, by and through Jennifer J. Kirkland, the undersigned Assistant United States Attorney, and requests the Court grant her protection while engaged in the criminal trial of *United States of America v. Marcus Phillips and Robert Roberson*, Case No: 1:25CR0054 for the following dates: a) May 11, 2026, through and including June 5, 2026.

Ms. Kirkland, an attorney of record before this Court in the case listed above, requests that this motion for protection be applicable to all proceedings that might otherwise be scheduled in the case.

This 7th day of April 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Jennifer J. Kirkland*

Jennifer J. Kirkland
Assistant United States Attorney
New York Bar Number 4838611

Post Office Box 8970
Savannah, Georgia 31412

Telephone Number: 912-652-4422
E-mail:  jennifer.kirkland@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of April 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Jennifer J. Kirkland***

Jennifer J. Kirkland
Assistant United States Attorney
New York Bar Number 4838611

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: jennifer.kirkland@usdoj.gov